UNITED STATES DISTRICT COURT
District of COLUMBIA

APPLICATION TO PROCEED WTIHOUT PREPAYMENT OF FEES AND AFFIDAVIT, cont.

2.b. State the date of last employment, the amount of your take home salary or wages and pay period and the name and address of your employer.

| | | |
|---|---|---|
| 10/06/93- 03/26/04 | $16/hr. $2400/mo. | North Slope Borough Job Training Program<br>Assisted Living Center, nursing assistant<br>Office of the Mayor<br>P.O. Box 69<br>Barrow, Alaska 99723<br>Telephone: (907) 852-0200<br>Fax: (907) 852-0337 |
| 01/12/03-07/07/03 | $16/hr. $2400/mo. | North Slope Borough Job Training Program<br>Office of the Mayor<br>P.O. Box 69<br>Barrow, Alaska 99723<br>Telephone: (907) 852-0200<br>Fax: (907) 852-0337 |
| 12/07/00-07/01/02 | $16/hr. $2400/mo. | North Slope Borough Job Training Program<br>Office of the Mayor<br>P.O. Box 69<br>Barrow, Alaska 99723<br>Telephone: (907) 852-0200<br>Fax: (907) 852-0337 |

*Kavairlook v. Dirk Kempthorne, Secretary of the Interior and United States Department of the Interior, Case No. 1:06 CV_____*
Addition to Application to Proceed without Prepayment of Fees and Affidavit, 2.b.