FILED
AUG - 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALICE KAVAIRLOOK )
P.O. Box 652 )
Barrow AK 99723 )
(907)-852-3218, )
 )
 )
    Plaintiff, )
 )
v. )
 )
DIRK KEMPTHORNE, )  CASE NUMBER 1:06CV01405
Secretary of the Interior, )
1849 C Street, N.W. )  JUDGE: Richard W. Roberts
Washington, D.C. 20240 )
 )  DECK TYPE: Civil Rights (non-employment
UNITED STATES DEPARTMENT OF )  DATE STAMP: 08/08/2006
    THE INTERIOR )
1849 C Street, N.W. )
Washington, D.C. 20240 )
 )
    Defendants. )
_____)

MOTION FOR ADMISSION *PRO HAC VICE*

Local counsel for plaintiff respectfully moves for the admission *pro hac vice* of Andrew Harrington, a member in good standing of the bar of the State of Alaska, and Denise Bakewell, a member in good standing of the bar of California.

Respectfully submitted this 6th day of July, 2006.

_____
Richard A. Guest
District of Columbia Bar Number: 477572
NATIVE AMERICAN RIGHTS FUND
1712 N Street, NW
Washington DC, 20036
(202) 785-4166

RECEIVED
JUL 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Motion for admission *pro hac vice*: Kavairlook v. Kempthorne

Page 1 of 2