IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICE KAVAIRLOOK<br>P.O. Box 652<br>Barrow AK 99723<br>(907)-852-3218,<br><br>       Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE,<br>Secretary of the Interior,<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>UNITED STATES DEPARTMENT OF<br>    THE INTERIOR<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DECLARATION OF DENISE BAKEWELL IN SUPPORT OF
*PRO HAC VICE* PARTICIPATION

1.    My full name is Denise Lynne Bakewell.

2.    My office address is: Alaska Legal Services Corporation, 1648 South Cushman Suite 300, Fairbanks Alaska 99701.

3.    I have been admitted to practice in the following courts as of the following dates:

| Alaska Supreme Court | Bar Rule 43, March 14, 2002. |
|---|---|
| California Supreme Court | November 21, 2000 |

4.    I have never been disciplined by any bar.

5.    I have not been admitted *pro hac vice* in this Court within the last two years.

LAW OFFICES OF
ALASKA LEGAL SERVICES CORPORATION
1648 CUSHMAN STREET, SUITE 300
FAIRBANKS, ALASKA 99701-6228
(907) 452-5181 OR 456-5401

6. I do not engage in the practice of law from an office located in the District of Columbia, nor am I a member of the District of Columbia Bar or have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on this 23d day of June, 2006.

_____
Denise Bakewell

LAW OFFICES OF
ALASKA LEGAL SERVICES CORPORATION
1648 CUSHMAN STREET, SUITE 300
FAIRBANKS, ALASKA 99701-6228
(907) 452-5181 OR 456-5401



**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

June 28, 2006

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DENISE LYNNE BAKEWELL, #208660 was admitted to the practice of law in this state by the Supreme Court of California on November 21, 2000; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Waffa N. Salfiti
Custodian of Membership Records