IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALICE KAVAIRLOOK                              )
P.O. Box 652                                  )
Barrow AK 99723                               )
(907)-852-3218,                               )
                                              )
                    Plaintiff,                )
                                              )
v.                                            )
                                              )
DIRK KEMPTHORNE,                              )
Secretary of the Interior,                    )
1849 C Street, N.W.                           )
Washington, D.C.  20240                       )
                                              )
UNITED STATES DEPARTMENT OF                   )
    THE INTERIOR                              )
1849 C Street, N.W.                           )
Washington, D.C.  20240                       )
                                              )
                    Defendants.               )
_____)

DECLARATION OF ANDREW HARRINGTON IN SUPPORT OF
*PRO HAC VICE* PARTICIPATION

1.    My full name is Andrew Richard Harrington.

2.    My office address is: Alaska Legal Services Corporation, 1648 South Cushman Suite

300, Fairbanks Alaska 99701.

3.    I have been admitted to practice in the following courts as of the following dates:

| | |
|---|---|
| Alaska Supreme Court | June 29, 1981 |
| United States District Court for the District of Alaska | June 18, 1982 |
| United States Court of Appeals for the Ninth Circuit | June 22, 1987 |
| United States Supreme Court | January 10, 2000 |

4.    I have never been disciplined by any bar.

5.    I have not been admitted *pro hac vice* in this Court within the last two years.

LAW OFFICES OF
ALASKA LEGAL SERVICES CORPORATION
1648 CUSHMAN STREET, SUITE 300
FAIRBANKS, ALASKA 99701-6228
(907) 452-5181 OR 456-5401

6.      I do not engage in the practice of law from an office located in the District of Columbia, nor am I a member of the District of Columbia Bar or have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this _23_ day of June, 2006.

_Andrew Harrington_
Andrew Harrington

Kavairlook v. Kempthorne
Declaration of Andrew Harrington re *pro hac vice* status, page 2



**STATE OF ALASKA**

**THIRD JUDICIAL DISTRICT**

I, Deborah O'Regan, Executive Director of the Alaska Bar Association and custodian of its records hereby certify that **Andrew R. Harrington** has been admitted to the Bar of this State since June of 1981 in all of the Courts of this State; and is presently an active member in good standing of the Alaska Bar Association.

IN WITNESS WHEREOF, I have here unto set my hand on this the 21st of June, 2006.

ALASKA BAR ASSOCIATION

Deborah O'Regan
Executive Director