FILED

AUG - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALICE KAVAIRLOOK,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.  06 1405<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Plaintiff, represented by counsel has filed a complaint and an application to proceed *in forma pauperis*. After review of plaintiff's application, it appears that she cannot pay the filing fee. Accordingly, pursuant to 28 U.S.C. § 1915(a), it is

ORDERED that plaintiff's application to proceed without prepayment of fees is GRANTED.

_____
United States District Judge

DATE:
7/31/06