IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICE KAVAIRLOOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 06-CV-01405-RWR |
| | ) |
| DIRK KEMPTHORNE, Secretary of | ) |
| the Interior, and the Dept. of the Interior, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

ORDER FOR CONSOLIDATION

Pursuant to motion, good cause appearing, it is hereby ordered that this case is consolidated with *Akiachak Native Community et al. v. U.S. Department of the Interior*, Case 1:06-CV-00969-RWR.

DATED this _____ day of _____, 2006.

BY: _____
Richard W. Roberts
United States District Judge