UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALICE KAVAIRLOOK, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:06-cv-00969 (RWR) |
| DIRK KEMPTHORNE, Secretary of the Interior | ) ) ) ) | |
| Defendant. | ) ) ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

    Please enter the appearance of Daniel G. Steele as lead attorney of record for the United States in the above-referenced action. Service of all papers by U.S. Mail should be addressed as follows:

    Daniel G. Steele
    Environment and Natural Resources Division
    General Litigation Section
    U.S. Department of Justice
    P. O. Box 663
    Washington, D.C. 20044-0663
    (202) 305-0484 (phone)
    (202) 305-0506 (fax)

    Overnight and hand deliveries should be addressed to:

    Daniel G. Steele
    Environment and Natural Resources Division
    General Litigation Section
    U.S. Department of Justice
    601 D St., N.W.
    Room 3122
    Washington, D.C. 20004

Dated this 15th day of November 2006.

Respectfully submitted,

_____/s/_____
DANIEL G. STEELE
D.C. Bar No. 962894
U.S. Department of Justice
Environment and Natural Resources
 Division
General Litigation Section
P.O. Box 663
Washington, D.C.  20044-0482
(202) 305-0484

Of Counsel:

Thomas A. Blaser
Attorney-Advisor
Division of Indian Affairs
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, N.W.  MS 6513
Telephone: (202)208-5811
Fax:        (202)219-1791

## CERTIFICATE OF SERVICE

I, Daniel G. Steele, hereby certify on this 15th day of November 2006, I have caused the foregoing **NOTICE OF APPEARANCE** to be served by United States mail, first-class postage prepaid, on the following counsel at their addresses:

>Mr. Richard A. Guest
>1712 N Street, N.W.
>Washington, D.C. 20036-2976
>
>Andrew Harrington
>Alaska Legal Services Corporation
>1648 South Cushman, Suite 300
>Fairbanks, AK 99701
>
>Heather Kendall Miller
>Native American Rights Fund
>420 L Street, Suite 505
>Anchorage, Alaska 99501

This is in addition to the electronic service upon Plaintiff's attorney of record.

/s/
Daniel G. Steele