UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICE KAVAIRLOOK, )<br>)<br>    Plaintiff, )<br>)<br>        v. )<br>)<br>DIRK KEMPTHORNE, Secretary of )<br>the Interior )<br>)<br>    Defendant. )<br>) | No. 1:06-cv-01405-RWR |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT
AND
JOINT MOTION TO ESTABLISH BRIEFING SCHEDULE
AND
JOINT MOTION TO DEFER CASE CONSOLIDATION**

The parties, through counsel, herein submit for the Court's consideration: (1) Defendant's unopposed motion for an enlargement of time to respond to Plaintiff's Complaint; (2) a proposed scheduling order for the briefing of venue issues; and (3) a joint motion to defer case consolidation until after the Court decides venue.

I.  DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO
    RESPOND TO PLAINTIFFS' COMPLAINT

Defendant herein moves for its first enlargement of time to respond to Plaintiff's Complaint, filed on August 8, 2006, by Defendant's motion to transfer venue and to suspend its obligation to answer in the District of Columbia.[1]  Defendant seeks eleven (11) additional days

---

[1] Although Plaintiff's Complaint was filed on August 8, 2006, service was not perfected on the United States pursuant to F.R.Civ.P 4(i) until September 19, 2006.

from November 20, 2006 to and including December 5, 2006.

In support of the requested relief, defendant states the following recent court obligations have prevented counsel from timely completing essential work in the instant case to respond to Plaintiff's Complaint:

> Kickapoo Tribe v. Bruce I. Knight, et al., Civil Action 1:06-2248 CM, (D.K.) in which Defendant's undersigned counsel filed the Government's dispositive motion on October 31, 2006;
>
> Akiachak Native Community v. Department of the Interior, Civil Action 1:06-CV-00969, (D. D.C.) in which Defendant's undersigned counsel filed the Government's motion for change of venue on October 31, 2006;
>
> Pueblo of San Ildefonso v. United States, Docket No. 354 (CFC), in which Defendant's undersigned counsel prepared for and represented the United States at a Court hearing on November 8, 2006; and
>
> Bouya Ngazala Ikama-Obambi v. Gonzales, Docket 06-1402, in the United States Court of Appeals for the 7th Circuit, in which respondent's undersigned counsel appeared for oral argument on November 9, 2006.

II.  JOINT PROPOSED SCHEDULING ORDER FOR BRIEFING OF VENUE ISSUES

Should the Court allow defendant an enlargement of time until December 5, 2006 to file its motion to transfer venue and to suspend its obligation to answer in the District of Columbia, the parties propose the following remaining briefing schedule:

A.  Plaintiff shall respond by January 2, 2007

B.  Defendant shall reply by January 23, 2007

III.  JOINT MOTION TO DEFER CASE CONSOLIDATION

Finally, the parties jointly move the Court to defer case consolidation with the pending case of Akiachak Native Community v. Department of the Interior, Civil Action 1:06-CV-00969,

(D. D.C.), as requested in Plaintiff's motion for consolidation filed on September 6, 2006. The parties herein seek deferral of the Court's consideration of Plaintiff's consolidation motion until two weeks after the venue issues are decided to allow Defendant an opportunity to respond to consolidation in the District of Columbia if that is necessary.

Dated this 16th day of November 2006.

Respectfully submitted,

SUE ELLEN WOOLDRRIDGE
Assistant Attorney General

/s/
Daniel G. Steele
Attorney for Defendant
D.C. Bar No. 962894
U.S. Department of Justice
Environment & Natural Resources Division
General Litigation Section
P.O. Box 663
Washington D.C. 20044-0663
(202) 305-0484 (tel.)
(202) 305-0506 (fax)

Of Counsel:
Thomas A. Blaser
Attorney-Advisor
Division of Indian Affairs
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, N.W.   MS 6513
Telephone: (202) 208-5811
Facsimile:  (202) 219-1791

/s/
Andrew Harrington
Alaska Bar No. 8106026
Denise Bakewell
California Bar No. 208660
ALASKA LEGAL SERVICES CORPORATION
Attorneys for Plaintiff
1648 South Cushman, Suite 300
Fairbanks, AK 99701
Telephone: (907) 452-5181
Facsimile:  (202) 456-6359