UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICE KAVAIRLOOK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, Secretary of )<br>the Interior )<br>)<br>Defendant. )<br>) | No. 1:06-cv-01405-RWR |

## **O R D E R**

For the reasons discussed in Defendants' Unopposed Motion for Enlargement of Time to respond to Plaintiff's Complaint, **IT IS HEREBY ORDERED** that Defendant shall file its motion to transfer venue and to suspend its obligation to answer in the District of Columbia on or before December 5, 2006.  **IT IS FURTHER ORDERED** that Plaintiff's response to Defendant's motion to transfer venue shall be filed on or before January 2, 2007 and Defendant's reply shall be filed on or before January 23, 2007.  **IT IS FURTHER ORDERED** that the Court's consideration of Plaintiff's pending motion for consolidation shall be deferred until two weeks after this Court rules on Defendant's motion to transfer venue to afford Defendant an opportunity to respond to case consolidation.

**ORDERED** this _____ Day of _____, 2006.

RICHARD W. ROBERTS
United States District Judge

**STATEMENT OF PERSONS ENTITLED TO RECEIVE COPY OF ORDER**

Pursuant to Local Rule 7.1(k), defendant hereby states that the following persons are entitled to receive notice of the Court's Order:

>Richard A. Guest
>1712 N Street, N.W.
>Washington, D.C.  20036-2976
>
>Andrew Harrington
>Denise Bakewell
>ALASKA LEGAL SERVICES CORPORATION
>1648 South Cushman, Suite 300
>Fairbanks, AK 99701
>
>Daniel G. Steele
>United States Department of Justice
>Environment & Natural Resources Division
>General Litigation Section
>P.O. Box 663
>Washington, D.C.  20044-0663

>>RICHARD W. ROBERTS
>>United States District Judge