UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALICE KAVAIRLOOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:06-cv-01405-RWR |
| ) | |
| DIRK KEMPTHORNE, Secretary of ) | |
| the Interior, <u>et al.</u>, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT'S MOTION TO TRANSFER VENUE AND TO SUSPEND OBLIGATION
TO ANSWER IN THE DISTRICT OF COLUMBIA**

Pursuant to 28 U.S.C. § 1404(a), the defendants move to transfer this case to the United States District Court for the District of Alaska. There is no appreciable connection between this case and the District of Columbia and, for the reasons stated in the accompanying Memorandum of Law in Support of Motion to Transfer Venue, the matter should be transferred to the United States District Court for the District of Alaska.

The defendants further move the Court to suspend their obligation to answer Plaintiff's Complaint until thirty days following judicial resolution of the venue issue or at a time to be determined by the transferee court.

Dated this 5th day of December 2006.

        Respectfully submitted,
        SUE ELLEN WOOLDRIDGE
        Assistant Attorney General
        Environment and Natural resources Division


        /s/
        Daniel G. Steele
        D.C. Bar No. 962894
        U.S. Department of Justice
        Environment & Natural Resources Division
        General Litigation Section
        P.O. Box 663
        Washington D.C. 20044-0663
        Phone:  (202) 305-0484
        Facsimile:  (202) 305-0506

OF COUNSEL:
Thomas A. Blaser
Attorney-Advisor
Division of Indian Affairs
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, N.W.   MS 6513
Telephone:  (202)208-5811
Facsimile:  (202)219-1791