UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

ALICE KAVAIRLOOK,                          )
                                           )
          Plaintiff,                       )
                                           )
               v.                          )          No. 1:06-cv-01405-RWR
                                           )
DIRK KEMPTHORNE, Secretary of              )
the Interior, <u>et al.</u>,               )
                                           )
          Defendants.                      )
_____)

**O R D E R**

        Pursuant to the Court's review of briefing by the parties on the defendants'

motion to transfer venue and to suspend their obligation to answer in this Court, **IT IS**

**HEREBY ORDERED** that defendants' motion is granted. This case shall be transferred to the

District Court for the District of Alaska.  **IT IS FURTHER ORDERED** that defendants'

obligation to answer shall be determined by the transferee court.

        **ORDERED** this _____ Day of _____ 2006.


                                         _____
                                           RICHARD W. ROBERTS
                                           United States District Judge

**STATEMENT OF PERSONS ENTITLED TO RECEIVE COPY OF ORDER**

Pursuant to Local Rule 7.1(k), the defendants hereby state that the following

persons are entitled to receive notice of the Court's Order:

Andrew Harrington, Esquire
Denise Bakewell, Esquire
ALASKA LEGAL SERVICES CORPORATION
Attorneys for Plaintiff
1648 South Cushman, Suite 300
Fairbanks, AK 99701

Mr. Richard A. Guest, Esquire
1712 N Street, N.W.
Washington, D.C.  20036-2976

Heather Kendall Miller
Native American Rights Fund
420 L Street, Suite 505
Anchorage, Alaska  99501