IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICE KAVAIRLOOK,<br><br>      Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE,<br>Secretary of the Interior, *et.al.*,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 1:06-CV-1405-RWR |

**ORDER**

Pursuant to the Court's review of briefing by the parties on the defendant's motion to transfer venue and to suspend their obligation to answer in this Court, IT IS HEREBY ORDERED that defendant's motion is denied. IT IS FURTHER ORDERED that defendant's answer shall be due to this Court within thirty (30) days of this Order, or such further time as the Court may order; and that defendant's response to plaintiff's consolidation motion is due two weeks from the date of this order, or such further time as the Court may order, as stipulated by the parties in the unopposed motion file November 16, 2006.

Dated this ____ day of _____, 2007.

_____
RICHARD W. ROBERTS
United States District Court Judge

**STATEMENT OF PERSONS ENTITLED TO RECEIVE COPY OF ORDER**

Pursuant to Local Rule 7.1(k), the defendants hereby state that the following persons are entitled to receive notice of the Court's Order:

Andrew Harrington, Esquire
Denise Bakewell, Esquire
Alaska Legal Services Corporation
Attorneys for Plaintiff
1648 South Cushman, Suite 300
Fairbanks, AK 99701

Daniel G. Steele
Attorney for Defendant
D.C. Bar No. 962894
U.S. Department of Justice
Environment & Natural Resources Division
General Litigation Section
P.O. Box 663
Washington D.C. 20044-0663

Mr. Richard A. Guest, Esquire
Local co-counsel for Plaintiff
1712 N Street, N.W.
Washington, D.C. 20036-2976

Heather Kendall Miller
Native American Rights Fund
420 L Street, Suite 505
Anchorage, Alaska 99501