09/07/2006 14:12 FAX 907 271 4143    SOL AK REGION    ☒002/010

985  1416
F02015
65/78
2070

# DEED

**THIS INDENTURE**, Made and entered into this 10th day of January, One thousand nine hundred and ninety-four, by and between ___Alice M. Kavairlook___, 985-A1246 Alaska Native of _P.O. Box 71663, Fairbanks, Alaska 99707_, a widow, GRANTOR, and _Bruno Bordonici_, of _3864 Peger Road, Fairbanks, Alaska 99701_, GRANTEE,

**WITNESSETH**, That said GRANTOR, for and in consideration of the sum of Twelve thousand Dollars ($12,000.00), in hand paid, the receipt of which is hereby acknowledged, does hereby grant, bargain, sell and convey unto said GRANTEE, the following described real estate and premises situated in Barrow, Alaska, in the Barrow Recording District, to wit:

> Lot 5, Block 9, as shown on the official plat of U.S. Survey 4615, Barrow Townsite, as accepted by the Chief, Division of Cadastral Survey, for the Director on September 2, 1964; Records of the Barrow Recording District, Second Judicial District, State of Alaska, containing 6,000 square feet,

together with all the improvements thereon and the appurtenances thereunto belonging, subject to the condition that there is reserved from the operation of this conveyance the land covered by the established streets and alleys extended upon and across the said tract. And the said GRANTOR, for her heirs, executors, and administrators, does hereby covenant, promise, and agree to and with the said GRANTEE, his heirs, successors and assigns that she will forever warrant and defend the said premises against the claim of all persons, claiming or to claim, by, through, or under her only.

To have and to hold said described premises unto the said GRANTEE his heirs, successors and assigns, forever.

This conveyance is made in accordance with the Act of May 25, 1926 (44 Stat. 629; 43 U.S.C. 733-736), and upon approval of the Area Director, Bureau of Indian Affairs, shall vest in the purchaser a complete and unrestricted title.

Exhibit E                  1

IN WITNESS WHEREOF, That said GRANTOR has hereunto set her hand and seal on the day and the year first above written.

*Alice M. Kavairlook*

STATE OF ALASKA     )
                    ) ss.
4th JUDICIAL DISTRICT )

The foregoing instrument was acknowledged before me this 10th day of January, 1994, by Alice M. Kavairlook.

*Elizabeth S. Delos*
NOTARY PUBLIC IN AND FOR ALASKA
MY COMMISSION EXPIRES: July 1, 1994

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
JUNEAU AREA OFFICE

The within deed is hereby approved this 21st day of July, 1994, pursuant to the authority delegated by 209 DM 8 dated November 17, 1981 Secretary's Order No. 3150 dated May 11, 1992, as amended March 5, 1993, and 10 BIAM Bulletin dated November 19, 1992, as amended April 8, 1993.

*Warren Heisler, Jr.*
Acting Area Director, Juneau Area Office

RETURN TO:
Branch of Realty
Bureau of Indian Affairs
101 12th Ave., #16
Fairbanks, Alaska 99701

985 1416

985   1416

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
101 12TH Ave., #16
Fairbanks, AK 99701
(907) 456-0222


This is to certify that the attached __Deed_____,

between __Alice M. Kavairlook__ and __Bruno Bordonici__ is in conformity

with existing laws and regulations, and all realty records checked as to

description, ownership and proper identification of grantor/grantee and

conformity extends to and includes all supporting documents and other material

as may be specified and required in the Code of Federal Regulations.


_____Betty Defty_____
Realty Officer


Approved: __1-11-94__   _____[signature]_____
              Date              Superintendent

985 A1246
FC 3015
63|417

985  1372

# MEMORANDUM OF AGREEMENT

## FOR SALE OF RESTRICTED NATIVE LAND

## BY DEFERRED PAYMENT

Bruno Bordonici of 3864 Peger Road, Fairbanks, AK 99701 hereinafter referred to as PURCHASER hereby agrees to purchase and, Alice M. Kavairlook of P. O. Box 71663, Fairbanks, AK 99707 hereinafter referred to as SELLER, hereby agrees to sell, subject to the terms and conditions set forth below, the following described real estate situated in the Barrow Recording District, State of Alaska:

   Lot 5, Block 9, as shown on the official plat of U.S. Survey 4615, Townsite of Barrow, as accepted by the Chief, Division of Engineering, for the Director on September 2, 1964.

For and in consideration of the PURCHASER'S down payment of two thousand dollars ($2,000.00), receipt of which is hereby acknowledged, and the mutual promises set forth below, it is further agreed as follows:

1. PURCHASER agrees to pay a total purchase price, including the above recited down payment, of twelve thousand Dollars ($ 12,000.00 ).

2. The balance owing of ten thousand Dollars ($ 10,000.00 ) shall bear interest at the rate of eight percent (8%) per annum, and shall be payable in equal monthly payments of one thousand Dollars ($ 1,000.00) over the contract term. PURCHASER'S obligation to pay such amounts shall be evidenced by a duly executed promissory note substantially in the form attached hereto, which shall be delivered to SELLER or the Secretary of the Interior or his delegee on SELLER'S behalf.

3. The required installment payments shall be made by certified check or money order payable to Bureau of Indian Affairs for Alice M. Kavairlook, no later than the first (1) day of the month in which they are due and shall be mailed or hand delivered to The Bureau of Indian Affairs, 101 12th Ave., #16, Fairbanks, AK 99701 so as to be received by close of business on that date.

4. There shall be no penalty for prepayment of the entire principal balance owing at any time prior to the date that final payment is due under the installment schedule.

5. Upon timely payment in full of the entire purchase price, with the interest due, PURCHASER, or his heirs or assigns shall receive a duly executed deed, approved under the authority of the Secretary of Interior.

6. If the PURCHASER fails to timely make any installment payment called for by this agreement, or fails to fully cure any default within twenty days of receipt of notice of non-receipt of a scheduled payment, all PURCHASER'S rights hereunder, including the right to receive title, and all amounts previously paid under this agreement and accompanying promissory note, shall at

1

Case 1:06-cv-01405-RWR   Document 11-6   Filed 01/23/2007   Page 5 of 7
09/07/2006 14:12 FAX  907 271 4143   SOL AK REGION                           ⌀006/010

985  1372

the option of the SELLER and the United States be forfeited to the SELLER by issuance of a Declaration of Termination. For purposes of calculating the running of the period allowed to cure a default, the twenty days shall run from the date of delivery of the Notice of Default to PURCHASER'S mailing address by certified mail, return receipt requested. PURCHASER shall be responsible for notifying SELLER and the BIA of any changes of address, which until further notice shall be:

Alice M. Kavairlook                and        Bureau of Indian Affairs
P.O. Box 71663                                101 12th Avenue, Box 16
Fairbanks, AK 99707                           Fairbanks, AK 99701

7. In the event of termination, PURCHASER agrees to promptly and peaceably return the premises to SELLER'S possession. PURCHASER also agrees to reimburse SELLER and/or the Department of Interior for any and all legal costs, attorney fees, or other expenses reasonably incurred in order to recover possession, or otherwise enforce the terms of this agreement, or as damages for injury to the land.

8. PURCHASER shall have the right to possession of the premises from and after the date of approval of this Memorandum of Agreement for Sale subject to continued compliance with the herein-described terms of sale, but title and ownership of said real estate shall remain in SELLER until full payment is made. During the term of this contract, PURCHASER shall not suffer any waste to the property. Furthermore, it is understood that PURCHASER will move a building onto said lot. In the event that a Declaration of Termination is issued in accordance with the provisions of Section 6 above, the PURCHASER shall remove the improvements he has placed on the lot, at his own expense including all debris and garbage.

9. This Agreement cannot be amended or modified except in a writing signed by both parties and approved by the Secretary of Interior or his designee. No purported assignment by PURCHASER of this Agreement or any of the rights hereunder shall be effective without specific written permission of the SELLER and approval by the Secretary of the Department of the Interior.

Signed this _____ day of 6 JAN, 19 94

_Bruno Bordonicer_
Purchaser

STATE OF ALASKA     )
                    )ss:
4th JUDICIAL DISTRICT )

The foregoing instrument was acknowledged before me this 6th day of January, 19 94, by Bruno Bordonici.

_Elizabeth S. Dutti_

2

NOTARY PUBLIC FOR ALASKA
My Commission Expires: July 1, 1994

Signed this 10th day of January, 1994

_Alice M Kavairlook_
Seller

STATE OF ALASKA     )
                    )ss:
_2nd_ JUDICIAL DISTRICT )

The foregoing instrument was acknowledged before me this 10th day of January 1994, by _Alice M Kavairlook_.

_Elizabeth S. Desta_
NOTARY PUBLIC FOR ALASKA
My Commission Expires: July 1, 1994

Department of Interior
Bureau of Indian Affairs

THE WITHIN MEMORANDUM OF AGREEMENT IS HEREBY APPROVED THIS _27_ day of _January_, 1994, pursuant to authority delegated by 209 DM 8 dated November 17, 1981 Secretary's Order No. 3150 dated May 11, 1992, as amended March 5, 1993, and 10 DIAM Bulletin dated November 19, 1992, as amended April 8, 1993.

_[signature]_
Area Director, Juneau Area Office

RETURN TO:
Branch of Realty
Bureau of Indian Affairs
101 12th Ave., #16
Fairbanks, AK 99701

985 1372

94 FEB -1 PM 2:53
BUREAU OF INDIAN AFFAIRS
JUNEAU AREA OFFICE

RECORDED
AK TITLE SERVICES CENTER

3

985  1372

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
101 12TH Ave., #16
Fairbanks, AK 99701
(907) 456-0222

This is to certify that the attached __Memorandum of Understanding__, between __Alice M. Kavairlook__ and __Bruno Bordonici__ is in conformity with existing laws and regulations, and all realty records checked as to description, ownership and proper identification of grantor/grantee and conformity extends to and includes all supporting documents and other material as may be specified and required in the Code of Federal Regulations.

_Betty Darty_
Realty Officer

Approved: _2/1/94_
Date            Superintendent