UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
AKIACHAK NATIVE COMMUNITY,     )
et al.,                        )
                               )
          Plaintiffs,          )
                               )
     v.                        )   Civil Action No. 06-969 (RWR)
                               )
DEPARTMENT OF THE INTERIOR,    )
et al.,                        )
                               )
          Defendants.          )
_____)

***************************************************************

_____
                               )
ALICE KAVAIRLOOK,              )
                               )
          Plaintiff,           )
                               )
     v.                        )   Civil Action No. 06-1405 (RWR)
                               )
DIRK KEMPTHORNE, Secretary     )
of the Interior, et al.,       )
                               )
          Defendants.          )
_____)
```

**ORDER**

　　Plaintiff Alice Kavairlook moved to consolidate her case, Kavairlook v. Kempthorne, Civil Action No. 06-1405 (RWR), with Akiachak Native Community v. Department of the Interior, Civil Action No. 06-969 (RWR). Defendants in Kavairlook have not opposed consolidation. Because the cases involve common questions of law and fact, see Fed. R. Civ. P. 42(a), it is hereby

- 2 -

ORDERED that Civil Action No. 06-969 (RWR) be, and hereby is, CONSOLIDATED with Civil Action No. 06-1405 (RWR); that all future filings in the consolidated action bear the caption <u>Akiachak Native Community v. Department of the Interior</u>, Civil Action No. 06-969 (RWR); and that Civil Action No. 06-1405 (RWR) be administratively closed.

SIGNED this 31st day of July, 2007.

_____/s/_____
RICHARD W. ROBERTS
United States District Judge