UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AKIACHAK NATIVE COMMUNITY <u>et al.</u>,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEPARTMENT OF THE INTERIOR, <u>et al.</u><br><br>    Defendants. | No. 1:06-cv-00969 (RWR) |

## JOINT STATUS REPORT

The Court's Minute Order of December 12, 2007 ordered the parties to confer and submit no later than December 20, 2007 a joint written report advising whether the parties consent to the transfer of the above-captioned litigation to a United States Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c).

The parties conferred on December 13-14, 2007 regarding the Court's foregoing inquiry. As reported to the Court in the parties' Joint Status Report of November 21, 2007, the Plaintiffs do not oppose transferring this case to a United States Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c). Since issuance of the Court's Order, Defendants' undersigned counsel has consulted with the attorney assigned to the case in the Department of the Interior's Office of the Solicitor and with counsel's superiors at the Department of Justice. Following those consultations and pursuant to 28 U.S.C. § 636(c)(2), defendants respectfully state that they do not consent to designation of a Magistrate Judge for purposes of this case.

Dated this 17 day of December, 2007.

        */s/ Heather Kendall Miller*
        Alaska Bar No. 9211084
        NATIVE AMERICAN RIGHTS FUND
        420 L Str. Suite 505
        Anchorage, Alaska 99517
        Telephone: (907) 276-0680
        Facsimile: (907) 276-2466
        Email: kendall@narf.org


        */s/ Andrew Harrington*
        Alaska Bar No. 9106026
        Denise Bakewell
        California Bar No. 208660
        ALASKA LEGAL SERVICES CORPORATION
        1648 South Cushman, Suite 300
        Fairbanks, Alaska 99701


        */s/ Richard A. Guest*
        D.C. Bar No. 477572
        NATIVE AMERICAN RIGHTS FUND
        1712 N/ Street, N.W.
        Washington, D.C. 20036
        (202) 785-4166

        Attorneys for Plaintiffs


        */s/ Daniel G. Steele*
        D.C. Bar No. 962894
        U.S. Department of Justice
        Environment and Natural Resources Division
        General Litigation Section
        P.O. Box 663
        Washington, D.C. 20044-0482
        Tel: (202) 305-0484
        Fax: (202) 305-0506
        Attorney for the Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of December, 2007, a true and correct copy of the Joint Status Report in the above-captioned case was served by electronic means upon:

 Richard A. Guest, Esquire
1712 N Street, N.W.
Washington, D.C. 20036-2976

Andrew Harrington, Esquire
Alaska Legal Services Corporation
1648 South Cushman, Suite 300
Fairbanks, AK 99701

Heather Kendall Miller, Esquire
Native American Rights Fund
420 L Street, Suite 505
Anchorage, Alaska 99501

                                                                         */s/Daniel G. Steele*
                                                                         Daniel G. Steele