UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY et al., <br><br> Plaintiffs, <br><br> 5. <br><br> DEPARTMENT OF THE INTERIOR, et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:06-cv-00969 (RWR) |

**[PROPOSED] ORDER**

For the reasons presented in the Defendants' Motion to Defer the Filing of the Administrative Record filed on February 4, 2008, **IT IS HEREBY ORDERED** that Defendants' Motion is granted. Defendants shall file their administrative record by February 11, 2008.

**ORDERED** this _____ Day of _____, 2008.

                                                                                RICHARD W. ROBERTS
                                                                                United States District Judge

**STATEMENT OF PERSONS ENTITLED TO RECEIVE COPY OF ORDER**

Pursuant to Local Rule 7.1(k), defendant hereby states that the following persons are entitled to receive notice of the Court's Order:

        Mr. Richard A. Guest
        1712 N Street, N.W.
        Washington, D.C.  20036-2976

        Heather Kendall Miller
        Native American Rights Fund
        420 L Street, Suite 505
        Anchorage, Alaska  9950

        Andrew Harrington
        Denise Bakewell
        Alaska Legal Services Corporation
        1648 South Cushman, Suite 300
        Fairbanks, Alaska 99701

        Daniel G. Steele
        United States Department of Justice
        Environment & Natural Resources Division
        General Litigation Section
        P.O. Box 663
        Washington, D.C.  20044-0663

                                    RICHARD W. ROBERTS
                                    United States District Judge