UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AKIACHAK NATIVE COMMUNITY <u>et al.</u>, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 1:06-cv-00969 (RWR) ) |
| DEPARTMENT OF THE INTERIOR, <u>et al.</u> | ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS' NOTICE OF FILING OF THE ADMINISTRATIVE RECORD**

Defendants hereby give notice of the electronic filing of the Administrative Record in this case, which includes an Index, Privilege Log, and Certification of the Record by David Moran, Attorney-Advisor in the United States Department of the Interior's Office of the Solicitor in Washington, D.C.

Filed this 8th day of February, 2008.

Respectfully submitted,

RONALD J. TEMPAS
Assistant Attorney General

<u>Of Counsel</u>:
David Moran
Attorney-Advisor
Division of Indian Affairs
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, N.W.  MS 6513
Telephone: (202) 208-3358
Fax:         (202) 219-1791

/s/*Daniel G. Steele*
Daniel G. Steele
D.C. Bar No. 962894
U.S. Department of Justice
Environment and Natural Resources
 Division
General Litigation Section
P.O. Box 663
Washington, D.C.  20044-0482
Tel: (202) 305-0484
Fax: (202) 305-0506
For the Defendants

## CERTIFICATE OF SERVICE

I, Daniel G. Steele, hereby certify on this 8th day of February, 2008 I have caused the foregoing Defendants' Notice of Filing of the Administrative Record to be served by electronic filing on the following counsel:

>Richard A. Guest, Esquire
>1712 N Street, N.W.
>Washington, D.C. 20036-2976
>
>Andrew Harrington, Esquire
>Alaska Legal Services Corporation
>1648 South Cushman, Suite 300
>Fairbanks, AK 99701
>
>Heather Kendall Miller, Esquire
>Native American Rights Fund
>420 L Street, Suite 505
>Anchorage, Alaska 99501

>/s/Daniel G. Steele
>Daniel G. Steele