UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY, et al., ) ) ) Plaintiffs, ) ) v. ) ) DEPARTMENT OF THE INTERIOR, et al. ) ) ) Defendants. ) ) | Civil Action No. 06-0969 (RWR) CERTIFICATION PURSUANT TO CIVIL RULE 37(a) |

With respect to the Motion to Compel filed February 1 (Docket 30), counsel certifies the following steps were taken to attempt to resolve the matter with the opposing party prior to filing:

On December 21st, 2007, prior to sending out the Request for Production, counsel had a telephone conversation with Mr. Steele and Mr. Moran on several matters involving the record, which included the subject of the documents on the privilege log. That discussion encompassed both whether the federal defendants were likely to maintain their claims of privilege over the documents (which they plainly were) and whether the federal defendants had any suggestions as to procedural ways to move forward on the matter which it would prefer over a request for production from the plaintiffs (which they did not). There was also discussion of the fact that, assuming the record was certified on schedule, any additional documents provided to Plaintiffs as a consequence of the discovery request could be made the subject of a motion to supplement the record. Mr. Steele made his position quite clear that, although he understood the reasons why plaintiffs would want to try to get access to those documents, the plaintiffs were not entitled to that access.

On January 4, 2008, counsel had another telephone conversation with Mr. Steele that included (among other record matters) plaintiff's request for production for the documents on the privilege log, which had been sent out from Fairbanks December 21.  Mr. Steele indicated it had not yet been received.  He reiterated his position that the plaintiffs were not entitled to any of the documents on the privilege log.  Counsel believes that there was brief mention of the fact that the request for production would provide the opportunity for the federal government to analyze and specify which claims of privilege applied to which documents on the privilege log.

On January 11, 2008 counsel had another telephone conversation with Mr. Steele, who indicated that he had seen neither the December 21 request for production nor a second copy of that request that had been sent out January 8, although he acknowledged that this might be due to filing or routing procedures within the Department of Justice.  (Counsel emailed Mr. Steele a pdf of the request for production that day.)

In a subsequent conversation later that same day, counsel for Ms. Kavairlook and counsel for the federal defendants reached a tentative agreement that the federal defendants would have their response to the discovery request out by January 24, and that any motion to compel that might be necessitated by that response would be filed no later than Feb. 15.  We also both agreed that neither party would be likely to want to file a dispositive motion until knowing whether or not any of the documents on the privilege log were going to be part of the record, and tentatively agreed that dispositive motions would be due within a certain period after resolution of the disagreement over the privilege log documents.  This agreement, with minor modifications, was incorporated into the joint status report and scheduling order motion filed on January 15 (Docket 28).

Akiachak et al. v. Dept of Interior, cv 06-0960 (RWR)
Certification under Rule 37(a), page 2

    Counsel extends his apologies for not having included this certification with the motion itself. Plaintiffs have orally agreed to allow defendants additional time to respond to the motion to compel.

    DATED this 8th day of February, 2008.

                                                  Richard Guest
                                                  D.C. Bar No. 477572
                                                  NATIVE AMERICAN RIGHTS FUND
                                                  1712 N Street, NW
                                                  Washington DC, 20036
                                                  (202) 785-4166

                                                  /s
                                                  Andrew Harrington, pro hac vice, Alaska Bar 8106026
                                                  Denise Bakewell, pro hac vice, California Bar 208660
                                                  Alaska Legal Services Corporation
                                                  1648 South Cushman Suite 300
                                                  Fairbanks AK 99701
                                                  907-452-5181
                                                  Attorneys for Plaintiff Alice Kavairlook

                                                  Heather Kendall Miller, pro hac vice
                                                  Alaska Bar 9211084
                                                  Native American Rights Fund
                                                  420 L Street Suite 505
                                                  Anchorage AK 99501
                                                  907-276-0680
                                                  Attorney for Plaintiffs Akiachak Native Community, Chalkyitsik Village, Chilkoot Indian Association, and Tuluksak Native Community (IRA)