UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY, et al., ) ) ) Plaintiffs, ) ) v. ) ) DEPARTMENT OF THE INTERIOR, ) et al. ) ) Defendants. ) ) | Civil Action No. 1:06-cv-0969 (RWR/JMF) JOINT STATUS REPORT REGARDING DISCOVERY ISSUES and SECOND JOINT MOTION FOR FURTHER STAY OF CONSIDERATION OF PLAINTIFFS' PENDING MOTION TO COMPEL |

On Feb. 26, 2008, the parties filed a Joint Status Report Regarding Discovery Issues and a Joint Motion for Further Stay of Consideration of Plaintiffs' Pending Motion to Compel, promising a further status report on March 4 and agreeing that Defendants could have until March 17 to file a response to the motion to compel if the parties could not resolve the dispute.

Pursuant to the Plaintiffs' inquiries, the Defendants have subsequently produced and delivered to Plaintiffs a "Revised Privilege Log" and have withdrawn the claim of privilege over several of the documents included on the original privilege log. Ambiguities in the Revised Privilege Log have led plaintiffs to ask questions, which Defendants have resolved by a telephone conference call on February 28 and by creation of a second "Revised Privilege Log as of February 29, 2008," faxed to Plaintiffs on March 3. On March 3, the Plaintiffs submitted additional inquiries which Defendants are now attempting to resolve.

For that reason, the parties jointly move that they be given until Tuesday March 11 to file their joint status report on the outcome of their efforts to achieve an agreement, and that the Defendants have until March 24th to file, if necessary, a response to Plaintiffs' motion.

Respectfully submitted this 4th day of March, 2008.

*/s/ Heather Kendall Miller*
Alaska Bar No. 9211084
NATIVE AMERICAN RIGHTS FUND
420 L Str. Suite 505
Anchorage, Alaska 99517
Telephone: (907) 276-0680
Facsimile: (907) 276-2466
Email: kendall@narf.org

*/s/ Andrew Harrington*
Alaska Bar No. 9106026
Denise Bakewell
California Bar No. 208660
ALASKA LEGAL SERVICES CORPORATION
1648 South Cushman, Suite 300
Fairbanks, Alaska 99701
Telephone: (907) 452-5181
Facsimile: (907) 456-6359
Email: aharrington@alsc-law.org, dbakewell@alsc-law.org

*/s/ Richard A. Guest*
D.C. Bar No. 477572
NATIVE AMERICAN RIGHTS FUND
1712 N/ Street, N.W.
Washington, D.C. 20036
(202) 785-4166
Attorneys for Plaintiffs

*/s/ Daniel G. Steele*
D.C. Bar No. 962894
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C. 20044-0482
Tel: (202) 305-0484
Fax: (202) 305-0506
Attorney for the Defendants

Of Counsel: David Moran, Attorney-Advisor
Division of Indian Affairs, Office of the Solicitor
U.S. Department of the Interior
1849 C Street, N.W. MS 6513
Telephone: (202) 208-3358
Fax: (202) 219-1791