IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY, *et al.* ) | |
| ) | Civil Action No. 1:06-cv-0969 (RWR/JMF) |
| ) | |
| Plaintiffs, ) | |
| v. ) | NOTICE OF WITHDRAWAL OF |
| ) | MOTION TO COMPEL |
| DEPARTMENT OF THE INTERIOR, *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to the Court's scheduling Order of February 6, 2008 (Dkt. No. 32), the parties have conferred in good faith in an effort to resolve their discovery dispute and have come to agreement regarding the privilege log documents. Accordingly, plaintiffs hereby give notice of withdrawing their motion to compel (Dkt. No. 36).

Respectfully submitted this 11th day of March.

> *s/ Heather Kendall Miller*
> (AK Bar # 9211084)
> NATIVE AMERICAN RIGHTS FUND
> 420 L Street, Suite 505
> Anchorage, Alaska 99501
> Telephone: (907) 276-0680
> Facsimile: (907) 276-2466
> Email: kendall@narf.org
>
> *s/ Andrew Harrington*
> Alaska Bar No. 9106026
> Denise Bakewell
> California Bar No. 208660
> ALASKA LEGAL SERVICES CORPORATION
> 1658 South Cushman, Suite 300
> Fairbanks, Alaska 99701

       Telephone:  (907) 452-5181
       Facsimile: (907) 456-6359
       Email: aharrington@alsc-law.org,
           dbakewell@alsc-law.org


*s/ Richard A. Guest*
D.C. Bar No. 477572
NATIVE AMERICAN RIGHTS FUND
1712 N. Street, N.W.
Washington, D.C.  20036
Telephone:  (202) 785-4166

Attorneys for Plaintiffs

<u>Certificate of Service</u>

The undersigned hereby certifies that on the 11th day of March, 2007, a true and correct copy of the Notice of Withdrawal of Motion to Compel in the above-captioned case was served by electronic means upon the following:

Daniel G. Steele


Attorney for Defendants


       s/  Heather Kendall Miller