UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AKIACHAK NATIVE COMMUNITY <u>et al.</u>, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | No. 1:06-cv-00969 (RWR) |
| DEPARTMENT OF THE INTERIOR, <u>et al.</u> | ) ) ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANTS' OPPOSED MOTION FOR FIRST EXTENSION OF TIME
TO FILE DISPOSITIVE MOTION AND BRIEF**

Defendants hereby move for an Extension of Time of fourteen (14) days, until May 5, 2008 to file their dispositive motion and brief. In accordance with the Court's Order of February 6, 2008, Plaintiffs and Defendants are to file dispositive motions 40 days from the date of resolution of the discovery dispute between the parties. This dispute was resolved on March 11, 2008 when Plaintiffs withdrew their pending Motion to Compel. Thus, dispositive motions are now scheduled to be filed on April 21, 2008.

In support of the requested relief for an extension of time, Defendants state as follows:

(1) Resolution of the discovery dispute on March 11, 2008 and Plaintiffs' Notice of Withdrawal of Motion to Compel [40] on March 11, 2008, the date which established April 21, 2008 as the date for filing dispositive motions, came at a time when Defendants' undersigned counsel already had briefing commitments in two other cases: In <u>Yomba Shoshone Tribe v. United States</u> (06-cv-00896), (Fed. Cls.)) the undersigned counsel filed a motion to dismiss on March 28, 2008. In <u>Choate, et. al. v. United States Corps of Engineers</u>, <u>et. al.</u> (Civ. No.

4:07–cv-0117) (EDAR)), the undersigned counsel was obligated to file responses to Cross Motions for Summary Judgment and for Permanent Injunction by March 22nd and to a Motion to Supplement the Administrative Record by April 7th. By motion and the Court's Orders in that matter, the former date has been enlarged to May 22nd. However, the new date for the first response is April 18th, three days before Defendants' dispositive brief is due for filing in the instant case;

(2) Defendants' of counsel of record also had commitments planned before March 11, 2008. First, counsel had a longstanding obligation to travel to the west coast with his daughter on March 18- 23, 2008 to visit colleges. Second, counsel was committed to the review and edit of a massive Final Environmental Impact Statement ("FEIS") in connection with the Oneida Nation of New York's pending land into trust application (involving 17,000 acres) in order to have the Department of the Interior publish in the Federal Reporter on March 22, 2008. Further, since publication of the FEIS, counsel has been obligated to assist in drafting the Record of Decision ("ROD") in the Oneida matter to meet Interior's commitment to publish the ROD on or before April 30, 2008;

(3) Pursuant to work by counsel for the parties to successfully resolve the discovery dispute, it has been necessary to assemble a supplemental record which contains approximately 23 new documents. In consultation with the Plaintiffs' counsel, the undersigned counsel has taken the time necessary to work on the Supplemental Record on April 15, 16, and 17 (requiring 10 hours of time on the first two days), five days before dispositive motions are presently due, to prepare it for filing along with a Revised Privilege Log and a Revised Index of Documents. This necessary step has also deprived the undersigned counsel's time to work on briefing; and

(4) The undersigned counsel discussed the need for the extension of time with Attorney of Record, Andrew Harrington, Esquire on April 16 and with Mr. Harrington and Attorney of Record Heather Kendall Miller on April 16 and 17. Both Attorneys stated that Plaintiffs would oppose the requested relief.

Dated this 17th day of April, 2008.

                                      Respectfully submitted,

                                      */s/ Daniel G. Steele*
                                      D.C. Bar No. 962894
                                      U.S. Department of Justice
                                      Environment and Natural Resources Division
                                      General Litigation Section
                                      P.O. Box 663
                                      Washington, D.C. 20044-0482
                                      Tel: (202) 305-0484
                                      Fax: (202) 305-0506
                                      Attorney for the Defendants

                                      Of Counsel:
                                      David Moran
                                      Attorney-Advisor
                                      Division of Indian Affairs
                                      Office of the Solicitor
                                      U.S. Department of the Interior
                                      1849 C Street, N.W.   MS 6513
                                      Telephone: (202) 208-3358
                                      Fax:         (202) 219-1791

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of April, 2008 a true and correct copy of Defendants' Motion for Extension of Time was served by electronic filing upon:

    Richard A. Guest, Esquire
1712 N Street, N.W.
Washington, D.C.  20036-2976

Andrew Harrington, Esquire
Alaska Legal Services Corporation
1648 South Cushman, Suite 300
Fairbanks, AK 99701

Heather Kendall Miller, Esquire
Native American Rights Fund
420 L Street, Suite 505
Anchorage, Alaska  99501

                                                 /s/Daniel G. Steele
                                                 Daniel G. Steele