UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY <u>et al.</u>, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF THE INTERIOR, <u>et al.</u> <br><br> Defendants. | No. 1:06-cv-00969 (RWR) |

**[PROPOSED] ORDER**

For the reasons discussed in the Defendants' motion to extend the time for the filing of their dispositive motion to and including May 5, 2008, **IT IS HEREBY ORDERED** that the Defendants' motion is granted. Defendant shall file dispositive motions on or before May 5, 2008.

**ORDERED** this _____ day of _____, 2008.

_____
RICHARD W. ROBERTS
United States District Judge

**STATEMENT OF PERSONS ENTITLED TO RECEIVE COPY OF ORDER**

Pursuant to Local Rule 7.1(k), defendant hereby states that the following persons are entitled to receive notice of the Court's Order:

    Mr. Richard A. Guest
    1712 N Street, N.W.
    Washington, D.C.  20036-2976

    Heather Kendall Miller
    Native American Rights Fund
    420 L Street, Suite 505
    Anchorage, Alaska  9950

    Andrew Harrington
    Denise Bakewell
    Alaska Legal Services Corporation
    1648 South Cushman, Suite 300
    Fairbanks, Alaska 99701

    Daniel G. Steele
    United States Department of Justice
    Environment & Natural Resources Division
    General Litigation Section
    P.O. Box 663
    Washington, D.C.  20044-0663

    RICHARD W. ROBERTS
    United States District Judge