UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF THE INTERIOR, et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:06-cv-0969 (RWR/JMF)

ORDER GRANTING JOINT MOTION TO SUPPLEMENT RECORD

Pursuant to the parties' joint motion, it is hereby Ordered that the record is supplemented with those additional documents submitted with the motion.

Dated this ____ day of _____, 2008.

_____
Richard W. Roberts
United States District Court Judge