IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | CASE NO. 1:06 CV 00969-RWR |
| THE INTERIOR et al., ) | |
| ) | |
| Defendants. ) | PLAINTIFFS' MOTION |
| ) | FOR SUMMARY JUDGMENT |

Plaintiffs respectfully request summary judgment herein. There are no genuine issues of material fact, and plaintiffs are entitled to judgment as a matter of law. This motion is accompanied by a proposed order, and is accompanied by the "Statement of material facts as to which plaintiffs contend there is no genuine issue," the "Memorandum of Points and Authorities," and the Affidavits of Joe Alexi, Janice Hill, Alice Kavairlook, George Peter, and William Salmon Jr.

Respectfully submitted this 21 day of April, 2008.

/s/ Heather Kendall Miller
Alaska Bar No. 9211084
NATIVE AMERICAN RIGHTS FUND
420 L Str. Suite 505
Anchorage, Alaska 99517
Telephone: (907) 276-0680
Facsimile: (907) 276-2466
Email: kendall@narf.org

/s/ Andrew Harrington
Alaska Bar No. 9106026
Denise Bakewell
California Bar No. 208660
ALASKA LEGAL SERVICES CORPORATION
1648 South Cushman, Suite 300

Fairbanks, Alaska 99701
Telephone: (907) 452-5181
Facsimile: (907) 456-6359
Email: aharrington@alsc-law.org

/s/ Richard A. Guest
D.C. Bar No. 477572
NATIVE AMERICAN RIGHTS FUND
1712 N/ Street, N.W.
Washington, D.C. 20036
(202) 785-4166

Attorneys for Plaintiffs