IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY, et al,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>)<br>UNITED STATES DEPARTMENT OF  )<br>    THE INTERIOR et al.,  )<br>)<br>Defendants.  )<br>_____)  | CASE NO. 1:06 CV 00969-RWR<br><br>ORDER GRANTING<br>PLAINTIFFS' MOTION<br>FOR SUMMARY JUDGMENT |

Pursuant to motion, the Court having considered the materials submitted in support thereof and in opposition thereto, it is hereby Ordered that plaintiffs' motion for summary judgment is granted. The provisions of 25 CFR Part 151 which ban consideration of land-into-trust petitions from Alaska Native Villages and tribal members are declared to be invalid, and the Secretary is enjoined from refusing to consider such petitions and from otherwise enforcing the regulatory Alaska ban.

Respectfully submitted this ___ day of _____, 2008.

_____
RICHARD W. ROBERTS
United States District Court Judge