UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:06-cv-0969 (RWR) ) |
| DEPARTMENT OF THE INTERIOR, et al. | ) ) ) ) |
| Defendants. | ) AFFIDAVIT OF ALICE KAVAIRLOOK |

STATE OF ALASKA     )
                                   ) SS
SECOND JUDICIAL DISTRICT  )

ALICE KAVAIRLOOK, first duly sworn, deposes and says:

1. I am one of the plaintiffs in this action. I am a member of the Native Village of Barrow.

2. I am the owner of Lot 5, Block 9, Barrow Townsite, U.S. Survey 4615, as shown on the plat of survey dated September 2, 1964, located in the Barrow Recording District, Second Judicial District, State of Alaska.

3. I acquired this property under a Native Restricted Trustee Deed conveyance from the Alaska Native Townsite Trustee George E. M. Gustafson, on October 4, 1983.

4. Around January 1994, I was fraudulently led to sign a deed of the property over to Bexhet Bordonici aka Bruno Bordonici. Mr. Bordonici used the

LAW OFFICES OF
ALASKA LEGAL SERVICES CORPORATION
1648 CUSHMAN STREET, SUITE 300
FAIRBANKS, ALASKA 99701-6228
(907) 452-5181 OR 456-5401

fact that I don't understand the law very well, and also used my alcoholism, and misrepresentations about the things he promised to do, to lead me to sign the property over.

   5.   Mr. Bordonici was later convicted on several counts of drug offenses and money laundering, and the United States government went after his property by forfeiture. At that point I got representation from Alaska Legal Services Corporation, and, with the cooperation of the United States government, my townsite lot was released from the forfeiture proceeding. Alaska Legal Services Corporation also helped me file a case in state court to recover the title townsite lot from Mr. Bordonici, and the state court issued me a "Clerk's Deed" to do that.

   6.   I want to have the townsite lot's status as restricted property restored, as it was prior to Mr. Bordonici's wrongful actions. Although I am now doing much better on maintaining my sobriety and certainly have learned a hard lesson from my dealings with Mr. Bordonici, I don't know what the future will bring and I think that my townsite lot will be safer if the title is restricted.

*Alice M. Kavairlook*
Alice Kavairlook

SUBSCRIBED and SWORN TO before me this 25th day of ~~January~~ February, 2008.

_____
Notary Public for Alaska
My Commission Expires 10/6/2011

LAW OFFICES OF
ALASKA LEGAL SERVICES CORPORATION
1648 CUSHMAN STREET, SUITE 300
FAIRBANKS, ALASKA 99701-6228
(907) 452-5181 OR 456-5401

Form 2560—7
(April 1977)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

NATIVE RESTRICTED TRUSTEE DEED

THIS INDENTURE, made this 4th day of October, in the year of our Lord one thousand nine hundred and eighty-three by and between George E. M. Gustafson as trustee for the townsite of Barrow, in the State of Alaska, party of the first part, and Alice M. Kavairlook of P.O. Box 364, Barrow, Alaska, 99723, part y of the second part,

WITNESSETH, That said party of the first part, as such trustee, by virtue of the power vested in and conferred upon him by the terms of section 11 of the Act of Congress approved March 3, 1891 (26 Stat. 1095), the Act of Congress approved May 25, 1926 (44 Stat. 629), and the regulations thereunder and the patent issued to him thereon, by these presents does grant, convey, and confirm unto the said party of the second part and her heirs and assigns all the following lotxxxxx, piecexxxxxx, and parcelxxxxxxof land situate in the townsite of Barrow, State of Alaska, described as follows, to-wit: Lot Five (5), Block Nine (9), as shown on the official plat of Barrow Townsite, U.S. Survey 4615, as accepted by the Chief, Division of Engineering, for the Director, on September 2, 1964.

Subject to the condition that the above-described land shall not be alienated or enqumbered without the consent of the Secretary of the Interior, and shall not be subject to taxation, to levy and sale in satisfaction of debts, contracts, or liabilities, or to any claims of adverse occupancy or law of prescription, and subject to the further condition that there is reversed from the operation of this conveyance the land covered by the established streets and alleys extended upon and across the said tract.

According to the official plat of survey of said townsite, subject to rights and reservations in said patent expressed. To have and to hold the same, together with all and singular the tenements, hereditaments, and appurtenances thereunto belonging or in any wise appertaining, her heirs, executors, administrators, and assigns forever.

IN WITNESS WHEREOF said party of the first part, as trustee, has hereunto set his hand and seal on the day and year first above written.

In the presence of:                                              [SEAL]

_Jina R. Okooken_                           _George E. M. Gustafson_
_Theresa C. Clark_                          George E. M. Gustafson
                                            Trustee for the townsite of Barrow
                                            _____, State of Alaska

STATE OF ALASKA:

BE IT REMBERED, That on this 4th day of October A.D. 1983, before me, a Notary Public, came George E. M. Gustafson, to me personally known to be the trustee of said townsite of Barrow, Alaska, and the identical person described in, and whose name is affixed to, the foregoing conveyance as grantor, and he acknowledged the execution of the same to be his voluntary act and deed as such trustee, for the uses and purposes therein mentioned.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my official seal on the day and year first above written.

_Ralph A. Warr_
Ralph A. Warr
Notary Public for Alaska, residing at Anchorage, Alaska
My Commission expires July 21, 1985

Exhibit 2
Page 1 of 2

TIMOTHY M. BURGESS
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, # 9, Room 253
Anchorage, AK 99513-7567
(907) 271-5071

Counsel for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. F01-014 CR (RRB) |
| Plaintiff, ) | **UNITED STATES' UNOPPOSED MOTION FOR COURT** |
| v. ) | **APPROVAL OF STIPULATED SETTLEMENT AGREEMENT** |
| BEXHET M. BORDONICI, ) a.k.a Bruno Bordonici, et al., ) | |
| Defendants. ) | |

COME NOW the parties, by and through counsel, and hereby jointly move the Court to approve the following terms which, taken together, constitute the settlement agreement reached in these ancillary proceedings.

IT IS HEREBY STIPULATED by and between plaintiff United States of America, claimant Harold Parker, and claimant Alice Kavairlook, to compromise and settle their claims, as follows:

1. Claimant Harold Parker hereby agrees to withdraw his Notice of Claim of Legal Interest (docket 167), in its broadest possible application, to all of the real property (including substitute assets) encompassed by this Court's Amended Preliminary Order of Forfeiture (docket 171) and Preliminary Order of Forfeiture of Substitute Property (docket 174) to the United States, so that the United States may proceed in obtaining by default, an unopposed final decree of forfeiture, as to some, but not all, of said property.

2. Claimant Alice Kavairlook hereby agrees to withdraw her Petition for Adjudication of Third Party Interest in Property Ordered Forfeited from Defendant Bordonici (docket 184), in its broadest possible application, to all of the real property (including substitute assets) encompassed by this Court's Amended Preliminary Order of Forfeiture (docket 171) and Preliminary Order of Forfeiture of Substitute Property (docket 174) to the United States, so that the United States may proceed in obtaining by default, an unopposed final decree of forfeiture, as to some, but not all, of said property.

3. The United States hereby agrees to dismiss and release, with prejudice, the following real property from these ancillary proceedings, so that Harold Parker may pursue relief under state law, unencumbered by any competing claims of the United States grounded in federal forfeiture law:

> Lot Two (2), Block One (1), CHARLES C. LEASURE PROPERTY SUBDIVISION, according to the plat filed July 7, 1959, as Instrument Number 190,585 in the Records of the Fairbanks Recording District, Fourth Judicial District, State of Alaska.
>
> Lot Three (3), Block One (1), CHARLES C. LEASURE PROPERTY SUBDIVISION, according to the plat filed July 7, 1959, as Instrument Number 190,585 in the Records of the Fairbanks Recording District, Fourth Judicial District, State of Alaska.

["LEASURE Lots 2 and 3"].

4. The United States hereby agrees to dismiss and release, with prejudice, the following real property from these ancillary proceedings, so that Alice Kavairlook may pursue relief under state law, unencumbered by any competing claims of the United States grounded in federal forfeiture law:

> Lot Five (5), Block Nine (9), BARROW TOWNSITE, U S. SURVEY 4615 as shown on the plat of survey dated September 2, 1964, located in the Barrow Recording District, Second Judicial District, State of Alaska.

5. As to Harold Parker, and his heirs, successors, and assigns, the United States hereby forever waives any and all claims, based upon federal forfeiture laws, it may have to LEASURE Lots 2 and 3, including in the event that defendant Ramiz Bordonici is prosecuted pursuant to the Superseding Indictment in this case (docket 67).

-3-

6. All parties shall bear their own costs and attorney's fees.

Respectfully submitted this 2nd day of December, 2004 at Anchorage, Alaska.

TIMOTHY M. BURGESS
United States Attorney

JAMES BARKELEY
Assistant United States Attorney

Dated: 11/8/04

WILLIAM R. SATTERBERG, JR. &
Counsel for Claimant Harold Parker

Dated: November 8, 2004

ROBERT JOHN
Counsel for Claimant Harold Parker

Dated: 11-15-04

HAROLD PARKER
Claimant

Dated: 11-30-04

DENISE BAKEWELL
Alaska Legal Services Corporation
Counsel for Claimant Alice Kavairlook

-4-

TIMOTHY M. BURGESS
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, # 9, Room 253
Anchorage, AK 99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. F01-014 CR (RRB) |
| ) | |
| Plaintiff, ) | **ORDER OF APPROVAL OF** |
| ) | **STIPULATED SETTLEMENT** |
| v. ) | **AGREEMENT** |
| ) | |
| BEXHET M. BORDONICI, ) | |
| a.k.a Bruno Bordonici, et al., ) | |
| ) | |
| Defendants. ) | |

**IT IS SO ORDERED.**

The United States' Unopposed Motion for Court Approval of Stipulated Settlement Agreement is hereby granted.

DATED: December 3, 2004

HON. RALPH R. BEISTLINE
United States District Judge

FD 12/6/04

F01-0014--CR (JWS)
-------------------------------------------------
R. NORREN
S. COOPER (USA)
JUDGE SEDWICK

Exhibit 1
Page 5 of 13

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
SECOND JUDICIAL DISTRICT
AT BARROW

ALICE KAVAIRLOOK )
)
Plaintiff, )
v. )
)
BEXHET M. BORDONICI )
Aka BRUNO BORDONICI )
Defendant. )
_____ )  Case No. 2BA-05-79 CI

FILED IN THE TRIAL COURT
STATE OF ALASKA AT BARROW

DEC 0 8 2005

## CLERK'S DEED

In the matter of the case of *Kavairlook v. Bordonici*, Case No. 2BA-05-79 CI I, the undersigned Clerk of Court for the State of Alaska, Second Judicial District, convey to Alice Kavairlook, whose address is c/o Alaska Legal Services Corporation, 1648 S. Cushman, Suite 300 Fairbanks, Alaska 99707, all right, title, and interest in the property described herein, situated in the Barrow Recording District, Second Judicial District, State of Alaska:

Lot 5, Block 9, as shown on the official plat of U.S. Survey 4615, Barrow Townsite, as accepted by the Chief, Division of Engineering, for the Director, on September 2, 1964; Records of the Barrow Recording District, Second Judicial District, State of Alaska.

IN WITNESS WHEREOF, I have hereunto set my hand and seal of the Trial Courts for the State of Alaska, Fourth Judicial District, this ___ day of _____, 2005.

_____
Clerk of Court

SUBSCRIBED AND SWORN to before me on 12/8 , 2005.

_____
Notary Public for Alaska
My Commission expires: _____

2 of 3
2006-000013-0