UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF THE INTERIOR, et al. <br><br> Defendants. | Civil Action No. 1:06-cv-0969 (RWR) <br><br><br> AFFIDAVIT OF GEORGE PETER |

STATE OF ALASKA         )
                        ) SS
SECOND JUDICIAL DISTRICT )

George Peter, first duly sworn, deposes and says:

1. I am the Tribal Administrator for the Akiachak Native Community IRA Council, one of the plaintiffs in this action. The Akiachak Native Community IRA has approximately between 600 and 700 tribal members.

2. Akiachak formerly had a second class city, but that was dissolved in favor of traditional village council governance.

3. The Akiachak Native Community IRA tribal government has banned the possession of alcohol in Akiachak. Our experience is that prohibition of alcohol combined with the presence of local police is associated with a decreased incidence of serious injury in our village, and this seems to be supported by academic research (See, Darryl S. Wood & Paul J. Gruenewald (2006), "Local alcohol prohibition, police presence and serious injury in isolated Alaska Native Villages," Addiction, 101, 393 -

403.)

4. To enforce the ban on alcohol and to provide a police presence in the community, the tribal government employs four public safety officers with money derived from a local sales tax.

5. In 1990, the Bureau of Land Management, as trustee for the townsite of Akiachak, conveyed title of a number of townsite properties to the Akiachak Native Community IRA for the benefit of the village inhabitants.

6. The Akiachak Native Community IRA wishes to place these townsite lands in trust to enhance our tribal government's enforcement of its alcohol ban.

7. As a member of the Alaska Inter-Tribal Council, we submitted comments on the proposed regulations in 1999 urging the Department of the Interior to include Alaska in its trust land acquisition process. To the best of our knowledge, the Department of the Interior has not done so.

George Peter, Tribal Administrator
Akiachak Native Community IRA

SUBSCRIBED and SWORN TO before me this 16th day of April, 2008.

Notary Public for Alaska
My Commission Expires 11-10-2010

State of Alaska
Notary Public
Julia M. George
My Commission Expires 11-10-2010